IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLARD F. BREHM,<br>Trustee of the Willard F. Brehm Trust,<br>GLADYS M. BREHM, Trustee of the<br>Trustee of the Gladys M. Brehm Trust,<br>ALVENA T. FROST,<br>Trustee of the Alvena T. Frost Trust,<br>ARLIN STUTHEIT, RICHARD HAUBERG,<br>ELAINE HAUBERG,<br>GARY RADEMACHER and<br>PAMELA RADEMACHER,<br><br>      Plaintiffs,<br><br> v.<br><br>CAPITAL GROWTH FINANCIAL, INC.,<br>REBECCA ENGLE, BRIAN SCHUSTER,<br>ENGLE & SCHUSTER FINANCIAL, INC.,<br>AMERICAN CAPITAL CORPORATION,<br>ROYAL PALM CAPITAL GROUP, INC.,<br>CAPITAL GROWTH EQUITY FUND I,<br>LLC, ALAN JACOBS, MICHAEL<br>JACOBS, GERALD PARKER, JOHN<br>BOYCE, GERALDINE MAGALINCK,<br>PATRICK HARRINGTON, PETER<br>KIRSCHNER and STARK WINTER<br>SCHENKEIN & CO., LLP,<br><br>      Defendants. | 8:07CV315<br><br>ORDER |

   This matter is before the court on the defendant Rebecca Engle's motion for extension of time (Filing No. 62). Ms. Engle filed the motion on her own behalf, stating she is suffering from an illness which requires her to be in Arizona. She also states she has to obtain new counsel. Ms. Engle seeks an extension of time of thirty days to secure new legal counsel. The court finds good cause exists for the extension of time for Ms. Engle to file an answer to the plaintiffs' complaint. Accordingly,

**IT IS ORDERED:**

1. Rebecca Engle's motion for extension of time (Filing No. 62) is granted.

2. Ms. Engle shall have to **on or before January 10, 2008**, to file an answer to the plaintiffs' complaint.

3. The Clerk of Court shall mail of copy of this Order to Ms. Engle at her last known address.

DATED this 10th day of December, 2007.

                                            BY THE COURT:

                                            s/Thomas D. Thalken
                                            United States Magistrate Judge